HELENE H. BUROW, Appellant, *v.* ORISON C. BOUTON et al., Respondents.

Submitted February 21, 1944; decided March 2, 1944.

Motion by respondents for reargument denied, with ten dollars costs and necessary printing disbursements. (See 291 N. Y. 818.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM WADE, Appellant.

Submitted February 21, 1944; decided March 2, 1944.

Motion by appellant for reargument denied. (See 291 N. Y. 574.)

HARRY B. MILLER et al., Plaintiffs, *v.* GEORGE S. REED, as Administrator of the Estate of ANNIE M. DE CAMP, Deceased, et al., Defendants.

Submitted February 21, 1944; decided March 2, 1944.

*Beatrice M. Montayne,* in person, for motion.

*Daniel Scanlon* opposed.

Motion dismissed on the ground that the order does not finally determine the action within the meaning of the Constitution.